834

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

RICHARD T. DUNNIGAN, Respondent, v. SYRACUSE MEMORIAL HOSPITAL, Appellant.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

THEODORE FLOWERS et al., Appellants, v. AARON B. JACOBS, Respondent.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

MILO THOMAS, Appellant, v. JAMES A. AVERY, as Receiver Pendente Lite of Farm Machinery, Inc., and E. C. Brown Company; Respondent.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEWIS GELAO BROWN, Appellant.—

Present — Williaims, P. J., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR FRAZIER, Appellant, v. ALBERT W. SKINNER, as Sheriff of the County of Monroe, Respondent.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of JAMES M. C. HEALY, an Attorney (admitted to practice as J. A. CASSIN HEALY).—

*Per Curiam:* In this disciplinary proceeding respondent is charged with converting clients' money to his own use. At the close of petitioner's proofs in the hearing before an Official Referee, to whom the proceeding had been referred, the hearing was adjourned at respondent's request. During the period of the adjournment respondent submitted his resignation and withdrawal from the roll of attorneys of the State of New York as of September 30, 1961. The resignation will be accepted and respondent ordered to be removed from the office of attorney and counselor at law. All concur. Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

In the Matter of VINCENT C. MANZELLA.—

All concur. Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

JOHN ANGELLO, Appellant, v. STATE OF NEW YORK, Respondent. (And 2 Other Actions.) — Motion granted to prosecute appeal upon original typewritten record and five typewritten copies of appellants' brief.

In the Matter of GRIDLEY BLDG. CO., INC., v. BENJAMIN B. GINGOLD, as Commissioner of Assessment of the City of Syracuse. (And 34 Other Similar Proceedings.) — Application to dispense with printing separate records